# TROY A. ARCHIE, ESQUIRE, P.C.

ATTORNEY AT LAW
OLD FIRE HOUSE #6
339 N. FRONT STREET - SUITE A
CAMDEN, NEW JERSEY 08102
TROYLAW@MSN.COM
24HRS (609) 636-9081
TEL. (856) 964-5300
FAX (856) 964-5464

Honorable Renee Marie Bumb, U.S.D.C.J.
United States District Court
Mitchell H. Cohen Courthouse
One John F. Gerry Plaza
Fourth & Cooper Streets
Camden, New Jersey 08102

         Re:    <u>USA v. Joseph Jackson</u>
                Criminal No. 08-641 (RMB)

Dear Judge Bumb:

    Enclosed please find a Notice of Motion for third party custodian returnable November 26, 2008 at 1:30 p.m..

    If you have any questions, please contact the undersigned directly.

    Thank you in advance for your attention, courtesies and consideration.

                                        Respectfully submitted,

Dated: November 24, 2008        <u>S/ *Troy A. Archie*</u>
                                        TROY A ARCHIE, ESQ.

TAA/laos

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO.: 08-641 (RMB) |
| Plaintiff, | : | |
| | : | |
| vs. | : | 18 U.S.C. ' 922 |
| | : | |
| JOSEPH JACKSON, | : | **NOTICE OF MOTION FOR** |
| | : | **THIRD PARTY CUSTODIAN** |
| Defendant. | : | |

TO:   Matthew J. Skahill, Esquire
      Assistant United States Attorney
      United States Attorney's Office
      401 Market Street, Fourth Floor
      P.O. BOX 2098
      Camden, New Jersey 08102

**PLEASE TAKE NOTICE** that on the 26TH. day of November, 2008, at 1:30 p.m., the defendant, Joseph Jackson, through his attorney, Troy A. Archie, Esquire, of 339 Front Street, Camden, New Jersey 08102, shall move, before the Honorable Renee Marie Bumb, U.S.D.C.J., at the Mitchell H. Cohen Federal Courthouse, One John F. Gerry Plaza, Fourth and Cooper Street, Camden, New Jersey to add defendant's grandparents as third party custodian.

The Defendant will rely upon oral argument in support of the motion.

Respectfully Submitted,

S/ *Troy A. Archie*
TROY A. ARCHIE, ESQUIRE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO.: 08-641 (RMB) |
| Plaintiff, | : | |
| | : | |
| vs. | : | 18 U.S.C. ' 922 |
| | : | |
| JOSEPH JACKSON, | : | **O R D E R** |
| | : | |
| Defendant. | : | |

This matter, having been opened in this Court by the Defendant, Joseph Jackson, through his attorney, Troy A. Archie, Esquire for an Order modifying conditions of release, and Christopher J. Christie, United States Attorney for the District of New Jersey (Matthew J. Skahill, Assistant United States Attorney appearing, and the United States Attorney's Office and U.S. Pretrial Services having consented to the within Order; and for good cause shown,

**IT IS** on this _____ day of November 2008

**ORDERED** that the defendant's conditions of release be 24 hour house arrest with a third party custodian present at all times and/or a curfew to be set at the discretion of Pre-Trial Services to afford the defendant an opportunity to work.

_____
Honorable Renee Marie Bumb, U.S.D.C.J.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO.: **08-641  (RMB)** |
| Plaintiff, | : | |
| | : | |
| vs. | : | 18 U.S.C. ' 922 |
| | : | |
| JOSEPH JACKSON, | : | **CERTIFICATE OF SERVICE** |
| | : | |
| Defendant. | : | |

Troy A. Archie, Esquire certifies that on the 24TH. day of November 2008, the undersigned caused to be filed with the Court and Matthew J. Skahill, Assistant United States Attorney via PACER a copy of the within Notice of Motion.

S/ *Troy A. Archie*
TROY A. ARCHIE, ESQUIRE