RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street Room 700
Newark, NJ 07102
Tel.973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321

August 25, 2009

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEW JERSEY*

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | **HON. RENEE MARIE BUMB** |
| *PLAINTIFF,* | : | *CRIMINAL No. 08-641-01* |
| v. | : | **SATISFACTION OF JUDGMENT** |
| **JOSEPH JACKSON,** | : | |
| *DEFENDANT*. | : | |

The Judgment in the above-captioned case having been paid in full, the Clerk of the United States Court for the District of New Jersey is hereby authorized and requested to satisfy and cancel said judgment of record, as to defendant, Joseph Jackson.

RALPH J. MARRA, JR.
ACTING UNITED STATES ATTORNEY

By:  s/ LEAH A. BYNON
     LEAH A. BYNON
     ASSISTANT U.S. ATTORNEY