UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Robert B. Kugler |
| v. | : | Criminal No. 08-641 (RMB) |
| JOSEPH JACKSON | : | **NOTICE OF MOTION** |

The United States of America, by and through its undersigned attorneys, joined by and without opposition from the defendant, hereby moves, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, for an Order vacating the previous conviction of defendant Joseph Jackson in the above-captioned matter and for the dismissal of Indictment in the above-captioned matter with prejudice, as described more fully in the accompanying Memorandum of Law filed under seal, and relies upon the same in support of this Motion.

For the reasons set forth in the accompanying Memorandum, the United States respectfully requests that the Court enter an Order in the form attached.

Respectfully submitted,

PAUL J. FISHMAN
United States Attorney

By:  MATTHEW J. SKAHILL
Assistant U.S. Attorney

Date: May 17, 2010
      Camden, New Jersey