UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Robert B. Kugler |
| | : | |
| v. | : | Criminal No. 08-641 (RMB) |
| | : | |
| JOSEPH JACKSON | : | |
| | : | **ORDER** |

This matter having been opened to the Court by Paul J. Fishman, the United States Attorney for the District of New Jersey (Matthew J. Skahill, Assistant U.S. Attorney, appearing), and Troy A. Archie, Esq., attorney for defendant Joseph Jackson, and the United States having moved for the vacation of the previous conviction of defendant Joseph Jackson in the above-captioned matter and for the dismissal of the Indictment in the above-captioned matter with prejudice,

IT IS on this 19th day of May, 2010,

ORDERED that the conviction of defendant Joseph Jackson arising from his plea of guilty on February 9, 2009, and the judgment entered on June 3, 2009, in the above-captioned matter, is hereby vacated; and it is

FURTHER ORDERED that the Indictment in the above captioned matter, Crim. No. 08-641, is hereby dismissed with prejudice; and it is

FURTHER ORDERED that the Memorandum of Law submitted by the United States in connection with the motion shall remain under seal until further order of the Court.

*[signature]*

HONORABLE ROBERT B. KUGLER
United States District Judge

*[signature]*

WILLIAM E. FITZPATRICK
Deputy United States Attorney

FURTHER ORDERED that the Memorandum of Law submitted by the United States in connection with the motion shall remain under seal until further order of the Court.

HONORABLE ROBERT B. KUGLER
United States District Judge